UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-02780-JAM-CSK |
| | No. 2:25-cv-02903-JAM-CSK |
| | No. 2:25-cv-03066-JAM-CSK |
| | No. 2:25-cv-03084-JAM-CSK |
| | No. 2:25-cv-03085-JAM-CSK |
| | No. 2:25-cv-03086-JAM-CSK |
| | No. 2:25-cv-03144-JAM-CSK |
| | No. 2:25-cv-03190-JAM-CSK |
| | No. 2:25-cv-03205-JAM-CSK |
| | No. 2:25-cv-03206-JAM-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious

1

1 | litigant and ordered the Clerk of the Court not to file or assign a civil case number to any
2 | proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
3 | Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
4 | 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
5 | the Court to open a new case for each attempted new pleading and assign it to the Court for
6 | review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
7 | Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02780, 2:25-cv-02903, 2:25-cv-03066, 2:25-cv-03084, 2:25-cv-03085, 2:25-cv-03086, 2:25-cv-03144, 2:25-cv-03190, 2:25-cv-03205 and 2:25-cv-03206 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

Dated:  November 12, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2